**Garrett S. Ledgerwood**, OSB No. 143701
garrett.ledgerwood@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue, Ste 3400
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

**Darryl S. Laddin** (*pro hac vice*)
darryl.laddin@agg.com
**Frank N. White** (*pro hac vice*)
frank.white@agg.com
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
Telephone:  404.873.8500
Facsimile:  404.873.8121

Attorneys for Plaintiff
American Express National Bank

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION**

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK,<br><br>     Plaintiff,<br><br>v.<br><br>MICHAEL MALEKZADEH and BETHANY MOCKERMAN,<br><br>     Defendants. | Case No. 6:22-CV-01070-AA<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR ORDER TO SHOW CAUSE WHY PROVISIONAL PROCESS IN THE FORM OF PREJUDGMENT ATTACHMENT AND GARNISHMENT SHOULD NOT ISSUE, AND FOR EXPEDITED DISCOVERY** |

Page 1 -  PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR ORDER TO SHOW CAUSE
AND FOR EXPEDITED DISCOVERY

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97204

Plaintiff American Express National Bank ("*American Express*"), by and through its undersigned counsel, hereby voluntarily withdraws, without prejudice, its Motion for Order to Show Cause Why Provisional Process in the Form of Prejudgment Attachment and Garnishment Should Not Issue, and For Expedited Discovery [DE 6] filed on July 22, 2022.

DATED this 8th day of August, 2022.

/s/ Garrett S. Ledgerwood
Garrett S. Ledgerwood (OSB# 143701)
Miller Nash LLP
111 SW Fifth Ave, #3400
Portland, OR 97204
Tel: (503) 205-2631
Garrett.Ledgerwood@MillerNash.com


/s/ Darryl S. Laddin
Darryl S. Laddin (*pro hac vice*)
Frank N. White (*pro hac vice*)
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA  30363
Tel: (404) 873-8120
darryl.laddin@agg.com
frank.white@agg.com

*Attorneys for Plaintiff American Express National Bank*

Page 2 - PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR ORDER TO SHOW CAUSE AND FOR EXPEDITED DISCOVERY

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97204

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR ORDER TO SHOW CAUSE WHY PROVISIONAL PROCESS IN THE FORM OF PREJUDGMENT ATTACHMENT AND GARNISHMENT SHOULD NOT ISSUE, AND FOR EXPEDITED DISCOVERY** on:

Joseph Mabe
Slinde Nelson
425 NW 10th, Suite 200
Portland, Oregon 97209
joe@slindenelson.com
*Counsel for Defendant Michael Malekzadeh*

Bridget M. Donegan
Boise Matthews LLP
Fox Tower
805 S.W. Broadway, Suite 1900
Portland, Oregon 97205
bridget@boisematthews.com
*Counsel for Defendant Bethany Mockerman*

by the following indicated method or methods on the date set forth below:

| | |
|---|---|
| X | E-mail. |
| ☐ | E-mail service under ORCP 9 G. |
| ☐ | Facsimile communication device. |
| X | First-class mail, postage prepaid. |
| ☐ | Hand-delivery. |

Dated this 8th day of August, 2022.

/s/ Garrett S. Ledgerwood
Garrett S. Ledgerwood (OSB# 143701)
Miller Nash LLP
111 SW Fifth Ave, #3400
Portland, OR  97204
(503) 205-2631
Garrett.Ledgerwood@MillerNash.com

4858-7878-3532.4

Page 1 – CERTIFICATE OF SERVICE