BRIDGET M. DONEGAN, OSB No. 103753
bridget@boisematthews.com
BOISE MATTHEWS LLP
805 S.W. Broadway, Suite 1900
Portland, OR 97205
(503) 228-0487
Attorney for Defendant Bethany Mockerman

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MALEKZADEH and BETHANY MOCKERMAN, <br><br> Defendants. | Case No. 6:22-cv-01070-AA <br><br> **UNOPPOSED JOINT MOTION BY DEFENDANTS TO EXTEND DEADLINE TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT** |

LR 7-1 CERTIFICATION

Counsel for the parties have conferred on this motion and it is unopposed.

UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR RESPOND

Defendants timely waived service of Plaintiff's complaint on July 22, 2022. ECF 17-18. Their responsive pleadings to the complaint are therefore due on September 20, 2022. Fed. R. Civ. Pro.12(a)(1)(A)(ii). The parties are in conferral regarding case proceedings; they request an extension of the responsive pleading deadline to facilitate further communications.

//

Page 1 – MOTION TO EXTEND DEADLINE TO ANSWER OR RESPOND

Defendants jointly request an extension of 60 days, making their responsive pleadings due on November 22, 2022.

DATED: September 20, 2022

    s/ *Bridget M. Donegan*
Bridget M. Donegan, OSB #103753
bridget@boisematthews.com

Attorney for Defendant Bethany Mockerman


    s/ *Joseph M. Mabe*
Joseph M. Mabe, OSB #045286
joe@slindenelson.com

Attorney for Defendant Michael Malekzadeh

Page 1 – MOTION TO EXTEND DEADLINE TO ANSWER OR RESPOND

**BOISE MATTHEWS LLP**
805 SW Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984