**Garrett S. Ledgerwood**, OSB No. 143701
garrett.ledgerwood@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

**Darryl S. Laddin** (*pro hac vice*)
darryl.laddin@agg.com
**Frank N. White** (*pro hac vice*)
frank.white@agg.com
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
Telephone: 404.873.8500
Facsimile: 404.873.8121

Attorneys for Plaintiff
American Express National Bank

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION**

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MALEKZADEH and BETHANY MOCKERMAN,<br><br>Defendants. | Case No. 6:22-CV-01070-AA<br><br>**JOINT MOTION TO STAY PROCEEDINGS** |

**Page - 1 - JOINT MOTION TO STAY PROCEEDING**

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

## MOTION

Plaintiff American Express National Bank ("*American Express*") and Defendants Michael Malekzadeh and Bethany Mockerman ("*Defendants*"), pursuant to Fed. R. Civ. P. 6(b) and LR 16-3, jointly move the Court to stay this proceeding to the earlier of (i) entry of further order of this Court dissolving the stay or (ii) December 31, 2023.

## MEMORANDUM

Plaintiff and Defendants have entered into a settlement agreement dated as of November 5, 2022 (the "*Settlement Agreement*"). Pursuant to the Settlement Agreement, (i) Defendants have agreed to entry of a consent judgment in favor of Plaintiff, resolving all claims in this proceeding (the "*Consent Judgment*") and (ii) Plaintiff has agreed to delay entry of the Consent Judgment until the earlier of (A) entry of a guilty plea by Defendants in their related criminal proceeding pending before this Court (Case No. 22CR00262, the "*Criminal Proceeding*"), (B) if Defendants elect not to enter a guilty plea in the Criminal Proceeding or file certain pretrial motions in the Criminal Proceeding, twenty (20) days from such announcement or filing, (C) if Defendants breach certain of their obligations to Plaintiff under the Settlement Agreement, or (D) December 31, 2023.

Because the Settlement Agreement resolves all claims in this proceeding pending entry of the Consent Judgment, good cause exists to stay this proceeding pending entry of the Consent Judgment. Within thirty (30) days of the expiration of the deadlines under the Settlement Agreement, Plaintiff anticipates filing its motion to dissolve the stay in this proceeding and submitting the Consent Judgment for entry by the Court.

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

## CONCLUSION

For the reasons set forth herein, the parties respectfully request that the Court grant this joint motion and stay this proceeding to the earlier of (i) entry of further order of this Court dissolving the stay or (ii) December 31, 2023.

DATED this 22nd day of November 2022.

| MILLER NASH LLP | BOISE MATTHEWS LLP |
|---|---|
| */s/ Garrett S. Ledgerwood* <br> Garrett S. Ledgerwood (OSB# 143701) <br> Garrett.Ledgerwood@MillerNash.com <br> Phone: 503.205.2631 | */s/ Bridget M Donegan* <br> Bridget M Donegan (OSB# 103753) <br> bridget@boisematthews.com <br> Phone: 503.228.0487 <br><br> Attorneys for Defendant Bethany Mockerman |
| ARNALL GOLDEN GREGORY LLP | SLINDE NELSON |
| */s/ Darryl S. Laddin* <br> Darryl S. Laddin (*pro hac vice*) <br> Frank N. White (*pro hac vice* ) <br> darryl.laddin@agg.com <br> frank.white@agg.com <br> Phone: 404.873.8120 <br><br> Attorneys for Plaintiff American Express National Bank | */s/ Joseph M. Mabe* <br> Joseph M. Mabe (OSB# 045286) <br> joe@slindenelson.com <br> Phone: 503.417.777 <br><br> Attorneys for Defendant Michael Malekzadeh |

Page - 3 - JOINT MOTION TO STAY PROCEEDING

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **JOINT MOTION TO STAY PROCEEDING** on:

Joseph Mabe
Slinde Nelson
425 NW 10th, Suite 200
Portland, Oregon 97209
joe@slindenelson.com
*Counsel to Defendant Michael Malekzadeh*

Bridget M. Donegan
Boise Matthews LLP
Fox Tower
805 S.W. Broadway, Suite 1900
Portland, Oregon 97205
*Counsel to Defendant Bethany Mockerman*

by the following indicated method or methods on the date set forth below:

| | |
|---|---|
| ☒ | E-mail. |
| ☐ | E-mail service under ORCP 9 G. |
| ☐ | Facsimile communication device. |
| ☒ | First-class mail, postage prepaid. |
| ☐ | Hand-delivery. |
| ☐ | Overnight courier, delivery prepaid. |

Dated this 22nd day of November 2022.

*/s/ Garrett S. Ledgerwood*
Garrett S. Ledgerwood (OSB# 143701)
Phone: 503.205.2631
Garrett.Ledgerwood@MillerNash.com

4858-4455-4047.3

Page - 4 - CERTIFICATE OF SERVICE

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204