**Garrett S. Ledgerwood**, OSB No. 143701
garrett.ledgerwood@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

**Darryl S. Laddin** (*pro hac vice*)
darryl.laddin@agg.com
**Frank N. White** (*pro hac vice*)
frank.white@agg.com
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
Telephone:  404.873.8500
Facsimile:  404.873.8121

Attorneys for Plaintiff
American Express National Bank

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION**

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MALEKZADEH and BETHANY MOCKERMAN,<br><br>Defendants. | Case No. 6:22-CV-01070-AA<br><br>**JOINT MOTION TO CONTINUE STAY OF PROCEEDINGS** |

**Page - 1 - JOINT MOTION TO CONTINUE STAY OF PROCEEDING**

Error! Unknown document property name.

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

## MOTION

Plaintiff American Express National Bank ("**American Express**") and Defendants Michael Malekzadeh and Bethany Mockerman ("**Defendants**"), pursuant to Fed. R. Civ. P. 6(b) and LR 16-3, jointly move the Court to continue the stay of this proceeding to the earlier of (i) entry of further order of this Court dissolving the stay or (ii) April 30, 2024.

## MEMORANDUM

On November 22, 2022, American Express and Defendants filed their Joint Motion to Stay Proceedings (ECF 21, the "**Motion to Stay**"), advising the Court that the parties had reached a settlement of this action and seeking to stay this proceeding pending resolution of Defendants' related criminal proceeding pending before this Court (Case No. 22CR00262, the "**Criminal Proceeding**"). On December 5, 2022, this Court entered its order granting the Motion to Stay and noted that American Express's motion for entry of judgment was due on December 29, 2023 (ECF 22). As of the date of this Motion, the Criminal Proceeding remains pending, without entry of any plea by Defendants, and Defendants remain in discussions with the Government. Accordingly, the parties jointly request a further extension of the stay of this proceeding to allow Defendants additional time to resolve the Criminal Proceeding.

////

////

////

////

////

////

////

**Page - 2 - JOINT MOTION TO CONTINUE STAY OF PROCEEDING**

**Error! Unknown document property name.**

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

## CONCLUSION

For the reasons set forth herein, the parties respectfully request that the Court grant this joint motion and continue the stay of this proceeding to the earlier of (i) entry of further order of this Court dissolving the stay or (ii) April 30, 2024.

DATED this 29th day of December 2023.

| MILLER NASH LLP | BOISE MATTHEWS LLP |
|---|---|
| */s/ Garrett S. Ledgerwood* | */s/ Bridget M Donegan* |
| Garrett S. Ledgerwood (OSB# 143701) | Bridget M Donegan (OSB# 103753) |
| Garrett.Ledgerwood@MillerNash.com | bridget@boisematthews.com |
| Phone: 503.205.2631 | Phone: 503.228.0487 |
| | Attorneys for Defendant Bethany Mockerman |
| ARNALL GOLDEN GREGORY LLP | SAPIENT LAW |
| */s/ Darryl S. Laddin* | */s/ Keith A. Pitt* |
| Darryl S. Laddin (*pro hac vice*) | Keith A. Pitt (OSB# 973725) |
| Frank N. White (*pro hac vice*) | keith@sapientlaw.com |
| darryl.laddin@agg.com | Phone: 503.417.7777 |
| frank.white@agg.com | |
| Phone: 404.873.8120 | Attorneys for Defendant Michael Malekzadeh |
| Attorneys for Plaintiff American Express National Bank | |

**Page - 3 - JOINT MOTION TO CONTINUE STAY OF PROCEEDING**

Error! Unknown document property name.

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **JOINT MOTION TO CONTINUE STAY OF PROCEEDING** on:

Joseph Mabe
Sapient Law
425 NW 10th, Suite 200
Portland, Oregon 97209
joe@sapientlaw.com
*Counsel to Defendant Michael Malekzadeh*

Bridget M. Donegan
Boise Matthews LLP
Fox Tower
805 S.W. Broadway, Suite 1900
Portland, Oregon 97205
*Counsel to Defendant Bethany Mockerman*

by the following indicated method or methods on the date set forth below:

| | |
|---|---|
| ☒ | E-mail. |
| ☐ | E-mail service under ORCP 9 G. |
| ☐ | Facsimile communication device. |
| ☒ | First-class mail, postage prepaid. |
| ☐ | Hand-delivery. |
| ☐ | Overnight courier, delivery prepaid. |

Dated this 29th day of December 2023.

*/s/ Garrett S. Ledgerwood*
Garrett S. Ledgerwood (OSB# 143701)
Phone: 503.205.2631
Garrett.Ledgerwood@MillerNash.com

**Page - 4 - CERTIFICATE OF SERVICE**

Error! Unknown document property name.

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204