**Timothy A. Solomon**, OSB 072573
   Direct:  971.634.0194
   Email:   tsolomon@pdx-law.com
**TABOR LAW GROUP**
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
Fax:  971.634.0250

   Counsel for Bethany Mockerman

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MALEKZADEH and BETHANY MOCKERMAN, <br><br> Defendants. | Case No. 6:22-CV-01070-AA <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

   Notice is hereby given that Timothy A. Solomon of Tabor Law Group is hereby substituted as counsel of record for Defendant Bethany Mockerman in the above-captioned proceeding. Counsel is being substituted in place of former counsel of record Bridget M. Donegan of Boise Matthews Donegan LLP.

//

//

Page 1 of 2 – **NOTICE OF SUBSTITUTION OF COUNSEL**

Service of correspondence and pleadings intended for Defendant Bethany Mockerman, other than process, should be directed to Timothy A. Solomon of Tabor Law Group at the address set forth below.

DATED this 29th day of May, 2024.

        TABOR LAW GROUP

By:  /s/ Timothy A. Solomon
     Timothy A. Solomon, OSB 072573
      Direct: 971.634.0194
      Email: tsolomon@pdx-law.com

I, Bridget M. Donegan of Boise Matthews LLP, hereby consent to the substitution of attorney as set forth above.

Dated this 29th day of May, 2024.

        BOISE MATTHEWS DONEGAN LLP

By:  /s/ Bridget M. Donegan
     Bridget M. Donegan, OSB 103753
      Email: bridget@boisematthews.com